FILED

08 SEP -3 PM 2:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury       08CR 2971   JLS

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) <u>I N D I C T M E N T</u> |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |
| JUAN MANUEL ELIZONDO, | ) |
| Defendant. | ) |

The grand jury charges:

<u>Count 1</u>

On or about August 19, 2008, within the Southern District of California, defendant JUAN MANUEL ELIZONDO did knowingly and intentionally import 50 kilograms and more, to wit: approximately 51.22 kilograms (112.68 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

GVM:nlv:Imperial
8/28/08

## Count 2

On or about August 19, 2008, within the Southern District of California, defendant JUAN MANUEL ELIZONDO did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 51.22 kilograms (112.68 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: September 3, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
GEORGE V. MANAHAN
Assistant U.S. Attorney